IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRINA KAY VIER, | ) | |
| | ) | 2:10-cv-02838-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| COURTNEY A. BAILEY, M.D.; AND | ) | |
| DOES 1 through 20 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

On November 16, 2010, Plaintiff and Defendant United States of America stipulated that Plaintiff's claim against the United States is dismissed for lack of jurisdiction. In light of this dismissal, the United States' dismissal motion scheduled for hearing on November 22, 2010 is deemed withdrawn.

Dated:  November 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge